USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,

    -v-

TOSHNELLE FOSTER,

            Defendant.
-----------------------------------------X

11CR451 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that CJA counsel Kenneth A. Paul is appointed <u>nunc pro tunc</u> as of January 10, 2020 to represent the defendant on the violation of supervised release.

Dated:   New York, New York
        February 4, 2020

_____
DENISE COTE
United States District Judge